UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
-------------------------------------------------------------X
JONNIE C. QUATTLEBAUM,

        Plaintiff,

vs.                                                     Civil Action No.:
                                                       5:13-CV-00305-FL

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

## ORDER

The Court, having read the Affirmation and supporting Memorandum dated the 11th day of December, 2013, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $5,428.02 be granted and costs be granted in the amount of $350.00, payable from the Judgment Fund.

Entered: 12/31/13

_____
HONORABLE Louise Wood Flanagan
United States District Judge